■ INGEBORG WIECK, Respondent, v BERNARD YATAURO, Appellant. [642 NYS2d 539] —Appeal by the defendant from stated portions of an order of the Supreme Court, Nassau County (DiNoto, J.), dated October 26, 1994.

Ordered that the appeal from so much of the order as denied the defendant's motion for leave to reargue is dismissed, as no appeal lies therefrom; and it is further,

Ordered that the order is affirmed insofar as reviewed, with costs, for reasons stated by Justice DiNoto at the Supreme Court, Nassau County. Mangano, P. J., Balletta, Copertino and Hart, JJ., concur.